UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK FRELIGH,<br><br>    Plaintiff,<br><br>    v.<br><br>ROC ASSET SOLUTIONS, LLC,<br><br>    Defendant. | Case No. 16-cv-00653-MEJ<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

As default has been entered as to Defendant ROC Asset Solutions, LLC, the May 12, 2016 Case Management Conference is VACATED. Plaintiff Derek Freligh shall file a status report or motion for default judgment pursuant to Federal Rule of Civil Procedure 55(b)(1) or (2) by June 2, 2016.

**IT IS SO ORDERED.**

Dated: May 6, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge