UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK FRELIGH,<br><br>    Plaintiff,<br><br>    v.<br><br>ROC ASSET SOLUTIONS, LLC,<br><br>    Defendant. | Case No. 16-cv-00653-MEJ<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. No. 12 |

This matter is currently scheduled for a hearing on June 30, 2016 regarding Plaintiff's Motion for Default Judgment. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby VACATES the June 30 hearing. The matter is deemed under submission and Plaintiff <u>does not</u> need to file a proposed order as previously instructed.

    **IT IS SO ORDERED.**

Dated: June 6, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge