UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**DEREK FRELIGH**,

    Plaintiff,

v.

**ROC ASSET SOLUTIONS, LLC**,

    Defendant.

Case No. 16-cv-00653-YGR

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS; GRANTING MOTION FOR DEFAULT JUDGMENT**

Re: Dkt. Nos. 12, 15

The Court has reviewed Magistrate Judge James' Report and Recommendation re: Motion for Default Judgment (Dkt. No. 15), to which no party has filed an objection. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.

Accordingly, and for the reasons set forth in the Report, plaintiff's Motion for Default Judgment (Dkt. No. 12) is **GRANTED IN PART** as set forth in the Report. Plaintiff is **ORDERED** to provide the Court with a Proposed Judgment no later than **July 22, 2016.**

This Order terminates Docket Numbers 12 and 15.

**IT IS SO ORDERED.**

Dated: Lwn{ "33."4238

                                          _____
                                        **YVONNE GONZALEZ ROGERS**
                                      **UNITED STATES DISTRICT COURT JUDGE**