# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK FRELIGH<br><br>Plaintiff,<br><br>v.<br><br>ROC ASSET SOLUTIONS, LLC.<br><br>Defendant. | Case No.: 4:16-CV-00653-YGR<br><br>[~~PROPOSED~~] JUDGMENT RE: PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br><br>*AS MODIFIED BY THE COURT* |

This Court, having granted Plaintiff's Motion for Default Judgment on July 11, 2016, and after consideration and all papers in connection with the Motion for Default Judgment, **HEREBY ORDERS** that Plaintiff is awarded five thousand, five hundred and five dollars and sixty cents ($5,505.60) itemized as follows: six hundred dollars ($600.00) in statutory damages to Plaintiff; four thousand, nine hundred and five dollars and sixty cents ($4,905.60) in attorneys' fees. Plaintiff is also awarded costs of suit incurred in prosecuting this action against defendant as allowed by law.

DATED: <u>July 15</u>, 2016

_____
Yvonne Gonzalez Rogers
United State District Court Judge